IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DAVID LYMAN SPALDING, #47371-177, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| VS. | ) ) ) | 3:23-CV-0285-G-BK |
| COLEEN PETERS, ET AL., | ) ) | |
| Defendants. | ) | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED**.

August 30, 2023.

_A. Joe Fish_
**A. JOE FISH**
**Senior United States District Judge**